MAGDALENA JOHST, *Appellant, v.* FREDERICK S. HOWARD and others, *Respondents.* — Judgment affirmed, with costs. Opinion by DAVIS, P. J.

JAMES F. MAHON, *v.* ALBERT F. SMITH. Judgment affirmed. Opinion by BRADY, J.

ANSELMO SCHLOSS, *Appellant, v.* JAMES N. PLUMB and another, *Respondents.*— Judgment reversed, new trial ordered, with costs to abide event. Opinion by BRADY, J.

DAVID STEPHENSON, *Respondent, v.* FREDERICK LICHT, *Appellant.*— Judgment reversed, new trial ordered, with costs to abide event. Opinion by DANIELS, J.

THE CORN EXCHANGE BANK, *Respondent, v.* THE NASSAU BANK, *Appellant.* — Judgment affirmed. Opinions by DANIELS, J., and by BRADY, J., dissenting.

ALMIRA HANCOCK, *Respondent, v.* GEORGE W. RAND and others, *Appellants.* — Judgment affirmed. Opinion by BRADY, J.

WILLIAM L. POMEROY and others, *Appellants, v.* ALFRED D. ISRAEL and another, *Respondents.* — Judgment affirmed. Opinion by DAVIS, P. J.

JOHN McKEON, *Appellant, v.* JOHN H. HORSFALL, *Respondent.* — Order reversed, without costs. Order to be entered as directed. Opinion by DAVIS, P. J.

HENRY L. NAGLE, *Respondent, v.* ROBERT MacFEETERS and another, *Appellants.* — Judgment affirmed. Opinion by DANIELS, J.

JOHN P. STREMMEL, *Appellant, v.* HENRY RIES, *Respondent.* — Judgment reversed, new trial ordered, costs to abide event. Opinions by DAVIS, P. J., and DANIELS, J.

CORNELIUS J. RYAN, *Respondent, v.* SILAS W. COCHRAN, *Appellant.* — Judgment affirmed. Opinion by DAVIS, P. J.

CORNELIUS J. RYAN, *Respondent, v.* SILAS W. COCHRAN, *Appellant.* — Order affirmed, with ten dollars costs and disbursements. Opinion by DAVIS, P. J.

JOHN FINLAY and others, *Respondents, v.* CORNELIUS H. WEBSTER, JR., *Appellant.* — Order affirmed, with ten dollars costs and disbursements. Opinion by DANIELS, J.

FRANK LAMBERT, *Respondent, v.* WILLIAM G. BROWNING, *Appellant.* — Judgment modified as directed, and affirmed as modified, without costs to either party. Opinion by DANIELS, J.

LEONARD ELLIS, *Respondent, v.* LEVI ELLIS, *Appellant.* — Judgment reversed, new trial ordered, with costs to abide the event upon payment by the defendant of the costs of the trial. Opinion by DANIELS, J.

SAMUEL R. PLATT and another, *Executors, etc., Appellants, v.* CHARLES H. VAN AMBURGH and others, *Respondents.*— Judgment affirmed. Opinion *Per Curiam.*